**Entered on Docket**
**April 05, 2013**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  Erica Loftis, #259286
2  Christina O, #266845
   MALCOLM ♦ CISNEROS
3  A Law Corporation
   2112 Business Center Drive
4  Second Floor
   Irvine, California  92612
5  Phone:  (949) 252-9400
6  Facsimile:  (949) 252-1032
   erica.loftis@mclaw.org
7  Attorneys for Movant

Signed: April 5, 2013



_____
ALAN JAROSLOVSKY U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 09-13622 |
| Robert J. Moreiko, Jr. and Tracy P. Ferguson | RS No. ETL-1407 |
| Debtor, | Chapter 13 |
| Central Mortgage Company dba Central Mortgage Loan Servicing company, and its successors and/or assignees, | **ORDER TERMINATING AUTOMATIC STAY** |
| Movant, | HEARING DATE: March 28, 2013 |
| vs. | TIME: 09:00 AM |
| Robert J. Moreiko, Jr. and Tracy P. Ferguson, Debtors, and David Burchard, Trustee, | |
| Respondents. | |

A Motion For Relief From The Automatic Stay was noticed in the within matter and filed by Central Mortgage Company dba Central Mortgage Loan Servicing company, and its successors and/or assignees ("Movant"). Said Motion was heard before the Honorable Alan Jaroslovsky, United States Bankruptcy Judge on March 28, 2013.

The Court having read the various pleadings, documents and proceedings herein and

ORDER TERMINATING AUTOMATIC STAY                                          1
CE/B6411

proper service having been made, and having found cause to terminate the automatic stay herein, hereby makes its Order as follows:

IT IS HEREBY ORDERED that in regard to the real property located at 2796 Silk Road, Windsor, CA 95492 the motion for relief from the automatic stay is granted as to the Debtors and Bankruptcy Estate  The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

** END OF ORDER **

COURT SERVICE LIST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER TERMINATING AUTOMATIC STAY     3
CE/B6411

Case: 09-13622    Doc# 46    Filed: 04/05/13    Entered: 04/05/13 13:28:29    Page 3 of 3